**STATE of Missouri,**
**Plaintiff/Respondent,**

v.

**Mitchell SPELLMAN,**
**Defendant/Appellant.**

**No. ED 85950.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 18, 2006.

Timothy Forneris, Office of the Missouri Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Robert J. (Jeff) Bartholomew; Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before MARY K. HOFF, P.J. and CLIFFORD H. AHRENS, J. and PATRICIA L. COHEN, J.

### ORDER

PER CURIAM.

Mitchell Spellman (Defendant) appeals from the trial court's judgment and sentence imposed (judgment) after a jury

1. All subsequent statutory references are to

found him guilty of possession of marijuana with intent to distribute, a class B felony, in violation of Section 195.211 [1]. The trial court sentenced Defendant as a prior and persistent drug offender and a prior and persistent offender, pursuant to Sections 195.295, 195.266, and 558.016, to a term of ten years' imprisonment in the Missouri Department of Corrections.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

RSMo 2000, unless otherwise noted.